UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK E. BOWLES, ) | Case No. 2:14-cv-01661-RFB-CWH |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| MANDALAY BAY RESORT & CASINO, ) | |
| Defendants. ) | |

    This matter is before the court on Plaintiff Frank E. Bowles Motion/Application to Proceed *In Forma Pauperis* (#1), filed October 10, 2014, filed pursuant to 28 U.S.C. § 1915.  The Application is incomplete.  In question 3, Plaintiff indicates that he receives income from other sources in the form of unemployment benefits, but does not state the amount of the benefit received.  Further, Plaintiff has not responded to questions 4, 6, 7, or 8.  As a result, the undersigned cannot determine whether Plaintiff qualifies to proceed *in forma pauperis*.  The Application will be denied without prejudice with complaint retained on file.  Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed *In Forma Pauperis* (#1) **denied without prejudice**.  The Clerk of Court shall mail Plaintiff a blank application, and Plaintiff shall have until **November 17, 2014,** in which to submit the completed application or pay the $400.00 filing fee.  Failure to comply with this order will result in a recommendation that this case be dismissed.  The Clerk of Court shall retain Plaintiff's Complaint.

    Dated: October 14, 2014.

                                                                _____
                                                                C.W. Hoffman, Jr.
                                                                United States Magistrate Judge